1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

RICHARD A MCCALLA,

Case No.  22-cv-00675-KAW

8

Plaintiff,

ORDER TO SHOW CAUSE

9

v.

Re: Dkt. No. 29

10

JAMES NORD,

11

Defendant.

12

13    On March 2, 2023, Plaintiff filed a motion to compel non-party Self-Help Credit Union

14  ("SHCU") to comply with Plaintiff's subpoena to produce documents. Pursuant to Civil Local

15  Rule 7-3(a), SHCU's opposition was due 14 days after the motion was filed, which was March 16,

16  2023.

17    To date, SHCU has not filed an opposition or statement of non-opposition. Pursuant to the

18  undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points

19  and authorities in opposition to any motion shall constitute consent to the granting of the motion."

20  (Judge Westmore's General Standing Order ¶ 23.)

21    Accordingly, SHCU is ordered, on or before April 18, 2023, 1) to file an opposition or

22  statement of non-opposition to the pending motion, and 2) to file a response to this order to show

23  cause explaining why the opposition was not timely filed. Should an opposition be filed, Plaintiff

24  may respond to it at the hearing on April 20, 2023.  Plaintiff, as the moving party, is ordered to

25  serve a copy of this Order on SHCU and file proof of such service on the docket.

26  \

27  \

28  \

United States District Court
Northern District of California

IT IS SO ORDERED.

Dated: April 14, 2023

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California