UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A MCCALLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES NORD,<br><br>    Defendant. | Case No. 4:22-cv-00675-KAW<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 75-78 |

On October 20, 2023, Plaintiff filed separate oppositions to Defendant's four motions in limine. (Dkt. Nos. 75-78.) This was done in violation of the undersigned's standing order, which requires that all oppositions to motions in limine be addressed in a single court filing not to exceed 25 pages. (*See* Judge Westmore's Standing Order ¶¶ 6(c)(3), 6(d).)

Accordingly, Plaintiff's separately-filed oppositions to the motions in limine (Dkt. Nos. 75-78) are STRICKEN. Plaintiff may refile his oppositions in a single document not to exceed 25 pages.

The parties are generally reminded of their obligation to provide chambers copies in both hard copy and Word format (.doc or .docx) within one court day of filing.

IT IS SO ORDERED.

Dated: October 20, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge