Melinda Jane Steuer (SBN: 216105)
The Law Offices of Melinda Jane Steuer
1107 Second Street, Suite 230
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MCCALLA, as successor trustee of the McCalla Family Living Trust,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES NORD, a/k/a/ Jim Nord, Individually and d/b/a Professional Fiduciary Management Services,<br><br>　　　　　Defendant. | Case No.:  4:22-cv-00675-KAW<br><br><br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE; [PROPOSED] ORDER (F.R.C.P. 41(a))** |

　　　This Stipulation to Dismiss the case pursuant to F.R.C.P. 41(a)(1)(A)(ii) ("Stipulation") is entered into by and between Carey James Nord ("Defendant") and Richard A. McCalla, as Trustee of the McCalla Family Living Trust ("Trust" and "Plaintiff" and, together with Defendant, the "Parties") by and through their counsel of record, with respect to the following recitals of fact.

　　　A.　The Parties settled the case on December 5, 2023.  The terms of the settlement are confidential.  *See*, ECF 106.

　　　B.　The final settlement documents were executed and delivered on December 18, 2023.

　　　C.　The settlement agreement provides, in relevant part, that Plaintiff shall dismiss the Complaint with prejudice  and that the Court shall retain jurisdiction to enforce the settlement.

In light of the foregoing,

**IT IS STIPULATED AND AGREED:**

1. The Parties hereby stipulate and respectfully request that the Complaint in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(A)(ii). The parties further stipulate and respectfully request that the Court retain jurisdiction to enforce the settlement.

Date: 01/24/2024     THE LAW OFFICES OF MELINDA JANE STEUER

/s/ Melinda Jane Steuer
MELINDA JANE STEUER
Attorneys for Plaintiff

Date: 01/24/2024     GORDON REES SCULLY MANSUKHANI LLP

/s/ Anthony D. Phillips
Craig Mariam
Anthony D. Phillips

Rachel Rivers
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause having been shown, it is hereby ordered as follows:

1. The Complaint is dismissed with prejudice;

2. The only payments required by and to any of the Parties hereto in connection with the Action, if any, are set forth in the Settlement Agreement, and no party is entitled to any additional payments, expenses, attorneys' fees or costs as result of the Action, including this Dismissal;

3. The Court will and does retain jurisdiction over the Parties hereto and the Action to enforce the Settlement Agreement, if necessary.

**IT IS SO ORDERED.**

Dated: February 2, 2024

_____
Hon. Kandis A. Westmore
United States Magistrate Judge